B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mark Forrest** _____    Case No. _____

                                   Debtor(s)            Chapter    **7** _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __**306.00**__ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

     $ _____**156.00**_____ Check one    ☐   With the filing of the petition, or
                                        ■   On or before    __**3/29/12**__

     $ _____**150.00**_____ on or before    __**4/28/12**__

     $ _____ on or before _____

     $ _____ on or before _____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   __**March 1, 2012**__                 Signature    __**/s/ Mark Forrest**_____

                                                 **Mark Forrest**

**/s/ S. M. de Rath, Esq.** _____                  Debtor

Attorney for Debtor(s)
**S. M. de Rath, Esq. 6206809**
**Attorney S.M.de Rath, Esq.**
**233 S. Wacker Dr, 84th FL**
**Chicago, IL 60606**
**312-283-8606**

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mark Forrest**                                                                    Case No. _____

_____     Chapter    **7**    _____
Debtor(s)


### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS


☐        IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.


☐        IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:


$ _____     Check one    ☐  With the filing of the petition, or

☐  On or before    _____

$ _____     on or before    _____

$ _____     on or before    _____

$ _____     on or before    _____


☐        IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.


BY THE COURT


Date  _____          _____
*United States Bankruptcy Judge*

B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Mark Forrest_____    Case No. _____
                                              Debtor(s)                Chapter    __7__    _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____156.00_____  Check one    ☐ With the filing of the petition, or
                                        ■ On or before    __3/29/12_____

    $ _____150.00_____  on or before    __4/28/12_____

    $ _____  on or before    _____

    $ _____  on or before    _____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  __February 25, 2012_____          Signature    /s/ Mark Forrest
                                                            Mark Forrest
/s/ S. M. de Rath, Esq.                                     Debtor
Attorney for Debtor(s)
S. M. de Rath, Esq. 6206809
Attorney S.M.de Rath, Esq.
233 S. Wacker Dr, 84th FL
Chicago, IL 60606
312-283-8606